NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2010-7004

ROBERT L. MCGEE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 04-0468 (08-11733-E), Judge Mary J. Schoelen.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Robert L. McGee moves without opposition to stay proceedings in this appeal pending the court's disposition in Snyder v. Shinseki, 2009-7102.

McGee asserts that this case and Snyder involve the same issue, specifically, whether the Secretary can meet his burden of establishing "substantial justification" under 28 U.S.C. § 2412 on the sole basis that the issue was one of first impression before the Board of Veteran's Appeals.

We note that the reply brief in Snyder is currently due on November 19, 2009.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion to stay is granted. McGee is directed to inform the court within 30 days of the disposition of <u>Snyder</u> how he believes this appeal should proceed. The Secretary may also respond within that time.

(2)     A copy of this order shall be transmitted to the merits panel assigned to hear <u>Snyder</u>.

FOR THE COURT

**DEC 0 2 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Barbara J. Cook, Esq.
        Meredyth Cohen Havasy, Esq.
s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 2 2009

JAN HORBALY
CLERK

2010-7004                    2